United States District Court
Southern District of Texas

**ENTERED**

July 23, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Hilda Farias Ali, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-1522 |
| | § | |
| Harris County Community Supervision and | § | |
| Corrections Department, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Pending is a Report and Recommendation by Magistrate Judge Richard W. Bennett, Doc. 7, recommending that Plaintiff's application to proceed *in forma pauperis*, Doc. 2, be denied and that the Complaint, Doc. 1, be dismissed without prejudice. The Court adopts the Report and Recommendation as its Memorandum and Order.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. *See* Fed. R. Civ. P. 72(b)(3) & 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (*per curiam*). The district court may accept any other portions to which there is no objection if satisfied that no clear error appears on the face of the record. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) Advisory Committee Note (1983).

Neither party filed objections. No clear error otherwise appears upon review and consideration of the report, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is hereby adopted as the Memorandum and Order of this Court.

Plaintiff's Motion to Proceed *in forma pauperis*, Doc. 2, is DENIED. The Complaint, Doc. 1, is DISMISSED WITHOUT PREJUDICE, and the Clerk of Court is directed to CLOSE this case.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 23rd of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge